JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLOBAL INVESTMENT VENTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. STOUT, an individual, and DOES 1-10,<br><br>Defendant. | Case No. 2:23-cv-00472-AB-KS<br>Honorable André Birotte, Jr.<br><br>[~~PROPOSED~~] JUDGMENT |

In accordance with this Court's December 19, 2024 order Granting Plaintiff Global Investment Ventures, LLC's ("Plaintiff" or "GIV") Motion For Partial Summary Judgment on GIV's first claim for Breach of Guaranty (Dkt. 62); this Court's order Denying Defendant Robert Stout's ("Defendant" or "Stout") Cross-Motion for Partial Summary Judgment (*id.*); and the parties' joint stipulation to dismiss GIV's only remaining claim for Promissory Fraud (Dkt. 64), the Court, pursuant to Federal Rule of Civil Procedure 58, enters this Judgment in favor of GIV, and against Stout as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. GIV's Promissory Fraud Claim is dismissed with prejudice, with each Party bearing its own fees and costs as to the Promissory Fraud claim, only;

2. Judgment is hereby entered in favor of GIV and against Stout with respect to GIV's claim for Breach of Guaranty;

3. GIV is to recover from Stout, the sum of $640,000.00, plus 10% prejudgment interest (Cal. Civ. Code § 3289(b)), in the amount of $117,534.24, accruing from August 9, 2023 – the date of entry of the Amended Judgment against Kingdom Logistics, LLC, and thus guaranteed by Stout, entered in the Commonwealth of Kentucky, Fayette Circuit Court, Case No. 22-CI-03075 – until January 10, 2025, for a total of $757,534.24;

4. GIV is to further recover its applicable attorneys' fees and costs, and any other applicable pre- and post-judgment interest, in amounts to be determined through a separately filed noticed motion, stipulation, and/or Application to Tax Costs.

/ / /

/ / /

/ / /

5. GIV's motion seeking attorneys' fees, costs, and interest shall be brought within 30 days of entry of this Judgment.

**IT IS SO ORDERED.**

Dated: January 15, 2025

_____
Honorable André Birotte, Jr.
UNITED STATES DISTRICT JUDGE