**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLOBAL INVESTMENT VENTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. STOUT, an individual, and DOES 1-10,<br><br>Defendant. | Case No. 2:23-cv-00472-AB-KS<br>Honorable André Birotte, Jr.<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

In accordance with this Court's December 19, 2024 order Granting Plaintiff Global Investment Ventures, LLC's ("Plaintiff" or "GIV") Motion For Partial Summary Judgment on GIV's first claim for Breach of Guaranty (Dkt. 62); this Court's order Denying Defendant Robert Stout's ("Defendant" or "Stout") Cross-Motion for Partial Summary Judgment (*id.*); the parties' joint stipulation to dismiss GIV's only remaining claim for Promissory Fraud (Dkt. 64); this Court's January 15, 2025 Judgment in favor of GIV (Dkt. 66); and this Court's order granting GIV's Motion for an Award of Reasonable Attorneys' Fees and Costs ("Fees and Costs Motion") (Dkt. 76); this Court, pursuant to Federal Rule of Civil Procedure 58, enters this Final Judgment in favor of GIV, and against Stout as follows:

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. GIV's Promissory Fraud Claim is dismissed with prejudice, with each Party bearing its own fees and costs as to the Promissory Fraud claim, only;

2. Judgment is hereby entered in favor of GIV and against Stout with respect to GIV's claim for Breach of Guaranty;

3. GIV is to recover from Stout, $640,000 for its Breach of Guaranty claim, plus $112,255 in prejudgment interest (Cal. Civ. Code § 3289(b)), accrued from August 9, 2023 – the date of entry of the Amended Judgment against Kingdom Logistics, LLC, and thus guaranteed by Stout, entered in the Commonwealth of Kentucky, Fayette Circuit Court, Case No. 22-CI-03075 – until May 9, 2025, for a total of **$752,255**;

4. GIV is to further recover from Stout, **$627,377** for its reasonable and applicable attorneys' fees and costs broken down as follows:

    i. $596,571 for its reasonable attorneys' fees awarded pursuant to GIV's Fees and Costs Motion (Dkt. 76);

    ii. $14,613 for its non-taxable costs awarded pursuant to GIV's

Fees and Costs Motion (Dkt. 76);

     iii. $16,193 in taxable costs pursuant to GIV's Application to the Clerk to Tax Costs (Dkt. 74).

5. Final Judgment is hereby entered in favor of GIV and against Stout in the total amount of **$1,379,632**.

**IT IS SO ORDERED.**

Dated: May 15, 2025

_____
Honorable André Birotte, Jr.
UNITED STATES DISTRICT JUDGE